48 A.3d 1245

**David LUSICK, Petitioner**

v.

**Judge Jacquelline ALLEN, Respondent.**

**No. 77 EM 2012.**

Supreme Court of Pennsylvania.

July 19, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application Seeking Leave to

Supplement are **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.